UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE MADI1 and JOHN MADI1, | CASE NO. 2:24-cv-1470-JNW |
| Plaintiffs, | ORDER |
| v. | |
| ALEJANDRO MAYORKAS, UR JADDOU, DANIELLE LEHMAN, LEANNE LEIGH, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

Plaintiffs Jane Madi1 and John Madi1 move to proceed under these pseudonyms and "seal the attached non-pseudonym versions of the initial documents of this action, specifically the complaint [Dkt. No. 4-1], the administrative motion to proceed under pseudonyms [Dkt. No. 4-2], the certified statement in support of the motion [Dkt. No. 4-3], and the proposed orders [Dkt. Nos. 4, 5]." Dkt. No. 4 at 2. Plaintiffs argue good cause exists for their motion because, as South Sudan and Kenyan national applying for asylum, they risk persecution by publicizing their identities. Plaintiffs' counsel also certifies that "he

**ORDER** - 1

has me[t] and conferred with all other parties" and Defendants "do not oppose that the case proceed under pseudonym." Dkt. No. 4 at 3.

Because there is good cause to keep Plaintiffs' names under seal and because Defendants do not oppose Plaintiffs' motion, the Court GRANTS Plaintiffs' unopposed amended motion to seal the non-pseudonym versions of the case documents, Dkt. Nos. 4, 4-1, 4-2, 4-3, 4-4, and 4-5, and allows the case to proceed under pseudonym. The Court DENIES Plaintiffs' other motions, Dkt. Nos. 2 and 3, as moot.

Dated this 4th day of November, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2